# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DALE DELANEY, Jr. | § | Case No. 15-82031 |
| JENNIFER L. DELANEY | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/06/2015 . The undersigned trustee was appointed on 08/06/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | | |
|---|---|---|---|
| 4. | The trustee realized gross receipts of | $ | 3,650.00 |
| | Funds were disbursed in the following amounts: | | |
| | Payments made under an interim disbursement | | 0.00 |
| | Administrative expenses | | 1.82 |
| | Bank service fees | | 180.00 |
| | Other payments to creditors | | 0.00 |
| | Non-estate funds paid to 3rd Parties | | 0.00 |
| | Exemptions paid to the debtor | | 0.00 |
| | Other payments to the debtor | | 0.00 |
| | Leaving a balance on hand of[1] | $ | 3,468.18 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/31/2015 and the deadline for filing governmental claims was 02/02/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 912.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 912.50 , for a total compensation of $ 912.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/30/2017              By: /s/BERNARD J. NATALE
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-82031 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | DALE DELANEY, Jr. | | | | Date Filed (f) or Converted (c): | 08/06/2015 (f) |
| | JENNIFER L. DELANEY | | | | 341(a) Meeting Date: | 09/10/2015 |
| For Period Ending: | 08/24/2017 | | | | Claims Bar Date: | 12/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4601 Bamburg Avenue, Rockford, IL 61109 | 86,216.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account (Dale) | 500.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account (Jennifer) | 300.00 | 0.00 | | 0.00 | FA |
| 4. TV, sofa, dinning room table, 2 beds, dresser (2 | 700.00 | 0.00 | | 0.00 | FA |
| 5. Mirror, books, DVDs, CDs | 150.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Costume Jewelry | 10.00 | 10.00 | | 0.00 | FA |
| 8. 401(k) (Jennifer) | 6,470.95 | 0.00 | | 0.00 | FA |
| 9. 401(k) (Dale) | 32,115.06 | 0.00 | | 0.00 | FA |
| 10. Spousal Support (Jennifer) bi-weekly payments fr | 250.00 | 250.00 | | 0.00 | FA |
| 11. 2007 Jeep Nitro | 8,250.00 | 0.00 | | 1,750.00 | FA |
| 12. 2010 Jeep Patriot | 7,689.00 | 0.00 | | 1,850.00 | FA |
| 13. Dog | 50.00 | 50.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $143,001.01   $310.00   $3,600.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE CONTINUES TO COLLECT INSTALLMENT PAYMENTS FROM DEBTORS FOR PURCHASE AND SALE OF EQUITY IN MOTOR VEHICLES. PAYMENTS CONSISTENTLY BEING MADE.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 07/31/2017     Current Projected Date of Final Report (TFR): 09/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-82031 | | Trustee Name: | BERNARD J. NATALE |
| Case Name: | DALE DELANEY, Jr. | | Bank Name: | Associated Bank |
| | JENNIFER L. DELANEY | | Account Number/CD#: | XXXXXX8152 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3954 | | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 08/24/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $370.00 | | $370.00 |
| 02/24/16 | 11 | Jennifer L. Delaney<br>4601 Bamburg Avenue<br>Rockford, IL  61109-6702 | 1/2 payment of compromise | 1129-000 | $100.00 | | $470.00 |
| 02/24/16 | 11 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | 1/2 of 1/2 payment of compromise | 1129-000 | $50.00 | | $520.00 |
| 03/15/16 | 11 | Dale A Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | 1/2 of 1/2 payment of compromise | 1129-000 | $50.00 | | $570.00 |
| 03/21/16 | 12 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | 1/2 of 1/2 payment of compromise | 1129-000 | $50.00 | | $620.00 |
| 03/21/16 | 12 | Jennifer L. Delaney<br>4601 Bamburg Avenue<br>Rockford, IL  61109-6702 | 1/2 payment of compromise | 1129-000 | $100.00 | | $720.00 |
| 04/13/16 | | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | Compromise<br>1/2 payment by Dale | 1129-000 | $50.00 | | $770.00 |
| 04/21/16 | 12 | Jennifer L. Delaney<br>4601 Bamburg Avenue<br>Rockford, IL  61109-6702 | Compromise<br>Re Motor Vehicle | 1129-000 | $100.00 | | $870.00 |
| 04/25/16 | 12 | Dale A Delaney<br>2296 Wood Drive<br>Beloit WI 53511 | Compromise on Automobile | 1129-000 | $50.00 | | $920.00 |
| 05/11/16 | 12 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | Compromise<br>Pymt on Compromise Re:<br>Motor Vehicles | 1129-000 | $50.00 | | $970.00 |
| 05/20/16 | 12 | Jennifer L Delaney<br>4623 Pine Al Drive<br>Machesney Park IL 611152737 | Compromise on Motor Vehicles | 1129-000 | $100.00 | | $1,070.00 |
| 05/23/16 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL  61104 | Pymt on Compromise for Motor Vehicles | 1129-000 | $50.00 | | $1,120.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,110.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*              Page Subtotals:              $1,120.00              $10.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-82031 | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|
| Case Name: | DALE DELANEY, Jr. | Bank Name: | Associated Bank |
| | JENNIFER L. DELANEY | Account Number/CD#: | XXXXXX8152 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3954 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 08/24/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/10/16 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL 61104 | Pymt on Compromise for Motor Vehicles<br>Pymt on Compromise | 1129-000 | $50.00 | | $1,160.00 |
| 06/20/16 | 12 | Dale Delaney, Jr.<br>2236 17th Avenue<br>Rockford, IL 61104-5656 | Compromise<br>Dale's half | 1129-000 | $50.00 | | $1,210.00 |
| 06/20/16 | 12 | Jennifer Delaney<br>4623 Pine Al Drive<br>Machesney Park, IL 61115-2737 | Pymt on Compromise for Motor Vehicles<br>Jennifer's Half | 1129-000 | $100.00 | | $1,310.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,300.00 |
| 07/12/16 | 12 | Dale A. Delaney<br>2236 17th Avenue<br>Rockford, IL 61104-5656 | Compromise | 1129-000 | $50.00 | | $1,350.00 |
| 07/27/16 | 12 | Dale Delaney Jr<br>2236 17th Avenue<br>Rockford IL 61104 | 1/2 payment of compromise | 1129-000 | $50.00 | | $1,400.00 |
| 07/27/16 | 12 | Jennifer Delaney<br>4623 Pine Al Drive<br>Machesney Park IL 61115 | Pymt on Compromise for Motor Vehicles | 1129-000 | $100.00 | | $1,500.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,490.00 |
| 08/11/16 | 12 | Dale A. Delaney<br>2236 17th Avenue<br>Rockford, IL 61104-5656 | Compromise | 1129-000 | $50.00 | | $1,540.00 |
| 08/23/16 | 12 | Jennifer L. Delaney<br>4623 Pine Al Dr<br>Machesney Park, IL 61115-2737 | Compromise | 1129-000 | $100.00 | | $1,640.00 |
| 08/29/16 | 12 | Dale Delaney<br>2236 17th Ave<br>Rockford IL 61104565 | Compromise | 1129-000 | $50.00 | | $1,690.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,680.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:      $600.00      $30.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-82031 | Trustee Name: BERNARD J. NATALE |
| Case Name: DALE DELANEY, Jr. | Bank Name: Associated Bank |
| JENNIFER L. DELANEY | Account Number/CD#: XXXXXX8152 |
| | Checking |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/24/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/16 | 12 | Dale Delaney<br>2236 17th Avenue<br>Rockford Il 61104-5656 | Compromise<br>Motor Vehicles | 1129-000 | $50.00 | | $1,730.00 |
| 09/22/16 | 12 | Jennifer L. Delaney<br>4623 Pine Al Drive<br>Machesney Park, IL 61115-2737 | Compromise | 1129-000 | $100.00 | | $1,830.00 |
| 09/23/16 | 12 | Dale A Delaney<br>2236 17th Avenue<br>Rockford IL 611045656 | Compromise | 1129-000 | $50.00 | | $1,880.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,870.00 |
| 10/11/16 | 12 | Dale Delaney<br>2236 17th Avenue<br>Rockford IL 61104 | Compromise | 1129-000 | $50.00 | | $1,920.00 |
| 10/25/16 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL 61104 | Compromise | 1129-000 | $50.00 | | $1,970.00 |
| 10/25/16 | 12 | Jennifer L Delaney<br>4623 Pine Al Drive<br>Machesney Park, IL 61115 | Compromise | 1129-000 | $100.00 | | $2,070.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,060.00 |
| 11/16/16 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL 61104 | Compromise | 1129-000 | $50.00 | | $2,110.00 |
| 11/22/16 | 12 | JENNIFER L. DELANEY<br>4601 BAMBURG AVENUE<br>ROCKFORD, IL 61109 | Compromise | 1129-000 | $100.00 | | $2,210.00 |
| 11/29/16 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL 61104 | Compromise | 1129-000 | $50.00 | | $2,260.00 |
| 11/30/16 | 12 | Dale A Delaney<br>2296 Wood Drive<br>Beloit WI 53511 | Compromise | 1129-000 | $50.00 | | $2,310.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                      Page Subtotals:                      $650.00      $20.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-82031  
Case Name: DALE DELANEY, Jr.  
JENNIFER L. DELANEY  
Taxpayer ID No: XX-XXX3954  
For Period Ending: 08/24/2017

Trustee Name: BERNARD J. NATALE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8152  
Checking  
Blanket Bond (per case limit): $3,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $2,300.00 |
| 12/12/16 | 12 | DALE DELANEY, Jr. 2236 17TH AVENUE ROCKFORD, IL 61104 | Compromise | 1129-000 | $50.00 |  | $2,350.00 |
| 12/27/16 | 12 | Dale A Delaney Jr 2296 Wood Drive Beloit WI 53511 | Compromise | 1129-000 | $50.00 |  | $2,400.00 |
| 12/27/16 | 11 | Jennifer L Delaney 4623 Pine Al Dr Machesney Park IL 61115 | Compromise | 1129-000 | $100.00 |  | $2,500.00 |
| 01/09/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $2,490.00 |
| 01/16/17 | 11 | Dale A Delaney JR 2296 Wood Dr Beloit WI 53511 | Compromise | 1129-000 | $50.00 |  | $2,540.00 |
| 01/16/17 | 12 | Dale A Delaney 2296 Wood Drive Beloit WI 53511 | Compromise Reversal Duplicate entry of Deposit #529 | 1129-000 | ($50.00) |  | $2,490.00 |
| 01/23/17 | 11 | Jennifer Delaney 4623 Pine Al Dr Machesney Park, IL 61115 | Compromise | 1129-000 | $100.00 |  | $2,590.00 |
| 01/23/17 | 11 | Dale Delaney 2296 Wood Dr Beloit, WI 53511 | Compromise | 1129-000 | $50.00 |  | $2,640.00 |
| 02/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $2,630.00 |
| 02/13/17 | 11 | Dale A Delaney Jr 2296 Wood Drive Beloit WI 53511 | Compromise | 1129-000 | $50.00 |  | $2,680.00 |
| 02/21/17 | 11 | Jennifer L. Delaney 4601 Bamburg Avenue Rockford, IL 61109-6702 | Compromise | 1129-000 | $100.00 |  | $2,780.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals:    $500.00    $30.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-82031 | Trustee Name: | BERNARD J. NATALE |
| Case Name: DALE DELANEY, Jr. | Bank Name: | Associated Bank |
| JENNIFER L. DELANEY | Account Number/CD#: | XXXXXX8152 |
| | | Checking |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: 08/24/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/17 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL 61104 | Compromise | 1129-000 | $50.00 | | $2,830.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,820.00 |
| 03/20/17 | 11 | Jennifer L Delaney<br>4623 Pine Al Dr<br>Machesney Park IL 61115 | Compromise | 1129-000 | $100.00 | | $2,920.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,910.00 |
| 04/25/17 | 11 | Jennifer L Delaney<br>4623 Pine Al Dr<br>Machesney Park IL 61115-2737 | Compromise | 1129-000 | $100.00 | | $3,010.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,000.00 |
| 05/22/17 | 11 | Jennifer Delaney<br>4623 Pine Al Dr<br>Machesney Park IL 61115-2737 | Compromise | 1129-000 | $100.00 | | $3,100.00 |
| 06/06/17 | 5001 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | 2017 Bond Premium Payment | 2300-000 | | $1.82 | $3,098.18 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,088.18 |
| 06/23/17 | 11 | Jennifer Delaney<br>4623 Pine Al Drive<br>Machesney Park IL 61115-2737 | Compromise | 1129-000 | $50.00 | | $3,138.18 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,128.18 |
| 07/11/17 | 11 | Dale Delaney<br>2296 Wood Drive<br>Beloit, WI 53511-2629 | Compromise | 1129-000 | $150.00 | | $3,278.18 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*     Page Subtotals:     $550.00     $51.82

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-82031 | Trustee Name: BERNARD J. NATALE |
| Case Name: DALE DELANEY, Jr. | Bank Name: Associated Bank |
| JENNIFER L. DELANEY | Account Number/CD#: XXXXXX8152 |
| | Checking |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/24/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/27/17 | 11 | Dale Delaney<br>2296 Wood Drive<br>Beloit, WI 53511-2629 | Compromise | 1129-000 | $150.00 | | $3,428.18 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,418.18 |
| 08/08/17 | 11 | Dale A Delaney<br>2296 Wood Dr<br>Beloit WI 53511 | Compromise<br>Final Payment | 1129-000 | $50.00 | | $3,468.18 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $3,620.00 | $151.82 |
| Less: Bank Transfers/CD's | $370.00 | $0.00 |
| Subtotal | $3,250.00 | $151.82 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,250.00 | $151.82 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*      Page Subtotals:      $200.00      $10.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-82031 | Trustee Name: BERNARD J. NATALE |
| Case Name: DALE DELANEY, Jr. | Bank Name: Rabobank, N.A. |
| JENNIFER L. DELANEY | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/24/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/15 | 11 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI 53511 | Pymt on Compromise Re Vehicles | 1129-000 | $100.00 | | $100.00 |
| 12/29/15 | 11 | Jennifer L. Delaney<br>4601 Bamburg Avenue<br>Rockford, IL 611096702 | Pymt on Compromise Re Vehicles | 1129-000 | $100.00 | | $200.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $190.00 |
| 01/25/16 | 11 | Jennifer L. Delaney<br>4601 Bamburg Avenue<br>Rockford, IL 611096702 | 1/2 of pymt on compromise January | 1129-000 | $100.00 | | $290.00 |
| 01/27/16 | 11 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI 53511 | 1/2 of pymt on compromise (partial payment) For January | 1129-000 | $50.00 | | $340.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $330.00 |
| 02/09/16 | 11 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI 53511 | 1/2 of pymt on compromise 2nd 1/2 of January Pymt | 1129-000 | $50.00 | | $380.00 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $10.00 | $370.00 |
| 02/24/16 | | Transfer to Acct # xxxxxx8152 | Transfer of Funds | 9999-000 | | $370.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $400.00 | $400.00 |
| Less: Bank Transfers/CD's | $0.00 | $370.00 |
| Subtotal | $400.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $400.00 | $30.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*    Page Subtotals:    $400.00    $400.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66   - Checking Account | $400.00 | $30.00 | $0.00 |
| XXXXXX8152 - Checking | $3,250.00 | $151.82 | $3,468.18 |
|  | $3,650.00 | $181.82 | $3,468.18 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,650.00 |
| Total Gross Receipts: | $3,650.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-82031-TML  
Debtor Name: DALE DELANEY, Jr.  
Claims Bar Date: 12/31/2015  

Date: August 24, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $912.50 | $912.50 |
| ATTYFEES 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $1,483.75 | $1,483.75 |
| ATTYEXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $13.81 | $13.81 |
| 1 610 7100 | Capital One N. A.<br>American InfoSource<br>P O Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $4,839.00 | $4,950.13 | $4,950.13 |
| 2 610 7100 | NAVIENT SOLUTIONS INC.<br>P O Box 9533<br>Wikes-Barre, PA 18773-9533 | Unsecured | | $4,189.81 | $4,174.11 | $4,174.11 |
| 3 610 7100 | Capital Recovery V LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $9,577.00 | $9,658.27 | $9,658.27 |
| | Case Totals | | | $18,605.81 | $21,192.57 | $21,192.57 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-82031
Case Name: DALE DELANEY, Jr.
    JENNIFER L. DELANEY
Trustee Name: BERNARD J. NATALE

Balance on hand     $     3,468.18

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 912.50 | $ 0.00 | $ 912.50 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 1,483.75 | $ 0.00 | $ 1,483.75 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 13.81 | $ 0.00 | $ 13.81 |

Total to be paid for chapter 7 administrative expenses     $     2,410.06

Remaining Balance     $     1,058.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,782.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One N. A. | $ 4,950.13 | $ 0.00 | $ 278.87 |
| 2 | NAVIENT SOLUTIONS INC. | $ 4,174.11 | $ 0.00 | $ 235.15 |
| 3 | Capital Recovery V LLC | $ 9,658.27 | $ 0.00 | $ 544.10 |

Total to be paid to timely general unsecured creditors         $         1,058.12

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE