UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DALE DELANEY, Jr. | § | Case No. 15-82031 |
| JENNIFER L. DELANEY | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 86,676.00 *(Without deducting any secured claims)* | Assets Exempt: 51,686.01 |
| Total Distributions to Claimants: 1,058.12 | Claims Discharged Without Payment: 146,071.84 |
| Total Expenses of Administration: 2,591.88 | |

3) Total gross receipts of $ 3,650.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,650.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 125,904.45 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,591.88 | 2,591.88 | 2,591.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 500.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,548.81 | 18,782.51 | 18,782.51 | 1,058.12 |
| **TOTAL DISBURSEMENTS** | $ 146,953.26 | $ 21,374.39 | $ 21,374.39 | $ 3,650.00 |

4)  This case was originally filed under chapter 7 on  08/06/2015 .  The case was pending for 30 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/16/2018                 By:/s/BERNARD J. NATALE, TRUSTEE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Jeep Nitro | 1129-000 | 1,800.00 |
| 2010 Jeep Patriot | 1129-000 | 1,850.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,650.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial P.O. Box 380901 Bloomington, MN 55438 | | 2,525.00 | NA | NA | 0.00 |
| | EverBank 301 West Bay Street Jacksonville, FL 32202 | | 123,379.45 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 125,904.45 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 912.50 | 912.50 | 912.50 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 1.82 | 1.82 | 1.82 |
| Associated Bank | 2600-000 | NA | 150.00 | 150.00 | 150.00 |
| Rabobank, N.A. | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 1,483.75 | 1,483.75 | 1,483.75 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 13.81 | 13.81 | 13.81 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,591.88 | $ 2,591.88 | $ 2,591.88 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jennifer Delaney<br>4601 Bamburg Avenue<br>Rockford, IL 61109 | | 500.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 500.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attorney Brad Tengler<br>515 North Court Street<br>Rockford, IL 61103 | | 1,800.00 | NA | NA | 0.00 |
| | Rockford Mercantile Agency<br>P.O. Box 5847<br>Rockford, IL 61125 | | 143.00 | NA | NA | 0.00 |
| 1 | Capital One N. A. | 7100-000 | 4,839.00 | 4,950.13 | 4,950.13 | 278.87 |
| 3 | Capital Recovery V LLC | 7100-000 | 9,577.00 | 9,658.27 | 9,658.27 | 544.10 |
| 2 | NAVIENT SOLUTIONS INC. | 7100-000 | 4,189.81 | 4,174.11 | 4,174.11 | 235.15 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 20,548.81 | $ 18,782.51 | $ 18,782.51 | $ 1,058.12 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 15-82031 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | DALE DELANEY, Jr. | | | | Date Filed (f) or Converted (c): | 08/06/2015 (f) |
| | JENNIFER L. DELANEY | | | | 341(a) Meeting Date: | 09/10/2015 |
| For Period Ending: | 01/16/2018 | | | | Claims Bar Date: | 12/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4601 Bamburg Avenue, Rockford, IL 61109 | 86,216.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account (Dale) | 500.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account (Jennifer) | 300.00 | 0.00 | | 0.00 | FA |
| 4. TV, sofa, dinning room table, 2 beds, dresser (2 | 700.00 | 0.00 | | 0.00 | FA |
| 5. Mirror, books, DVDs, CDs | 150.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Costume Jewelry | 10.00 | 10.00 | | 0.00 | FA |
| 8. 401(k) (Jennifer) | 6,470.95 | 0.00 | | 0.00 | FA |
| 9. 401(k) (Dale) | 32,115.06 | 0.00 | | 0.00 | FA |
| 10. Spousal Support (Jennifer) bi-weekly payments fr | 250.00 | 250.00 | | 0.00 | FA |
| 11. 2007 Jeep Nitro | 8,250.00 | 0.00 | | 1,800.00 | FA |
| 12. 2010 Jeep Patriot | 7,689.00 | 0.00 | | 1,850.00 | FA |
| 13. Dog | 50.00 | 50.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                $143,001.01        $310.00                        $3,650.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE CONTINUES TO COLLECT INSTALLMENT PAYMENTS FROM DEBTORS FOR PURCHASE AND SALE OF EQUITY IN MOTOR VEHICLES. PAYMENTS CONSISTENTLY BEING MADE.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 07/31/2017    Current Projected Date of Final Report (TFR): 09/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-82031 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: DALE DELANEY, Jr. | Bank Name: Associated Bank |
| JENNIFER L. DELANEY | Account Number/CD#: XXXXXX8152 |
| | Checking |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $370.00 | | $370.00 |
| 02/24/16 | 11 | Jennifer L. Delaney<br>4601 Bamburg Avenue<br>Rockford, IL  61109-6702 | 1/2 payment of compromise | 1129-000 | $100.00 | | $470.00 |
| 02/24/16 | 11 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | 1/2 of 1/2 payment of compromise | 1129-000 | $50.00 | | $520.00 |
| 03/15/16 | 11 | Dale A Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | 1/2 of 1/2 payment of compromise | 1129-000 | $50.00 | | $570.00 |
| 03/21/16 | 12 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | 1/2 of 1/2 payment of compromise | 1129-000 | $50.00 | | $620.00 |
| 03/21/16 | 12 | Jennifer L. Delaney<br>4601 Bamburg Avenue<br>Rockford, IL  61109-6702 | 1/2 payment of compromise | 1129-000 | $100.00 | | $720.00 |
| 04/13/16 | 11 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | Compromise<br>1/2 payment by Dale | 1129-000 | $50.00 | | $770.00 |
| 04/21/16 | 12 | Jennifer L. Delaney<br>4601 Bamburg Avenue<br>Rockford, IL  61109-6702 | Compromise<br>Re Motor Vehicle | 1129-000 | $100.00 | | $870.00 |
| 04/25/16 | 12 | Dale A Delaney<br>2296 Wood Drive<br>Beloit WI 53511 | Compromise on Automobile | 1129-000 | $50.00 | | $920.00 |
| 05/11/16 | 12 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | Compromise<br>Pymt on Compromise Re:<br>Motor Vehicles | 1129-000 | $50.00 | | $970.00 |
| 05/20/16 | 12 | Jennifer L Delaney<br>4623 Pine Al Drive<br>Machesney Park IL 611152737 | Compromise on Motor Vehicles | 1129-000 | $100.00 | | $1,070.00 |
| 05/23/16 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL  61104 | Pymt on Compromise for Motor Vehicles | 1129-000 | $50.00 | | $1,120.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,110.00 |
| | | | Page Subtotals: | | $1,120.00 | $10.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-82031 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: | DALE DELANEY, Jr. | Bank Name: Associated Bank |
| | JENNIFER L. DELANEY | Account Number/CD#: XXXXXX8152 |
| | | Checking |
| Taxpayer ID No: | XX-XXX3954 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: | 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/10/16 | 12 | DALE DELANEY, Jr. 2236 17TH AVENUE ROCKFORD, IL 61104 | Pymt on Compromise for Motor Vehicles<br>Pymt on Compromise | 1129-000 | $50.00 | | $1,160.00 |
| 06/20/16 | 12 | Dale Delaney, Jr. 2236 17th Avenue Rockford, IL 61104-5656 | Compromise<br>Dale's half | 1129-000 | $50.00 | | $1,210.00 |
| 06/20/16 | 12 | Jennifer Delaney 4623 Pine Al Drive Machesney Park, IL 61115-2737 | Pymt on Compromise for Motor Vehicles<br>Jennifer's Half | 1129-000 | $100.00 | | $1,310.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,300.00 |
| 07/12/16 | 12 | Dale A. Delaney 2236 17th Avenue Rockford, IL 61104-5656 | Compromise | 1129-000 | $50.00 | | $1,350.00 |
| 07/27/16 | 12 | Dale Delaney Jr 2236 17th Avenue Rockford IL 61104 | 1/2 payment of compromise | 1129-000 | $50.00 | | $1,400.00 |
| 07/27/16 | 12 | Jennifer Delaney 4623 Pine Al Drive Machesney Park IL 61115 | Pymt on Compromise for Motor Vehicles | 1129-000 | $100.00 | | $1,500.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,490.00 |
| 08/11/16 | 12 | Dale A. Delaney 2236 17th Avenue Rockford, IL 61104-5656 | Compromise | 1129-000 | $50.00 | | $1,540.00 |
| 08/23/16 | 12 | Jennifer L. Delaney 4623 Pine Al Dr Machesney Park, IL 61115-2737 | Compromise | 1129-000 | $100.00 | | $1,640.00 |
| 08/29/16 | 12 | Dale Delaney 2236 17th Ave Rockford IL 61104565 | Compromise | 1129-000 | $50.00 | | $1,690.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,680.00 |

Page Subtotals: $600.00   $30.00

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

|  |  |
|---|---|
| Case No: 15-82031 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: DALE DELANEY, Jr. | Bank Name: Associated Bank |
| JENNIFER L. DELANEY | Account Number/CD#: XXXXXX8152 |
|  | Checking |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/16 | 12 | Dale Delaney<br>2236 17th Avenue<br>Rockford Il 61104-5656 | Compromise<br>Motor Vehicles | 1129-000 | $50.00 |  | $1,730.00 |
| 09/22/16 | 12 | Jennifer L. Delaney<br>4623 Pine Al Drive<br>Machesney Park, IL 61115-2737 | Compromise | 1129-000 | $100.00 |  | $1,830.00 |
| 09/23/16 | 12 | Dale A Delaney<br>2236 17th Avenue<br>Rockford IL 611045656 | Compromise | 1129-000 | $50.00 |  | $1,880.00 |
| 10/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $1,870.00 |
| 10/11/16 | 12 | Dale Delaney<br>2236 17th Avenue<br>Rockford IL 61104 | Compromise | 1129-000 | $50.00 |  | $1,920.00 |
| 10/25/16 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL 61104 | Compromise | 1129-000 | $50.00 |  | $1,970.00 |
| 10/25/16 | 12 | Jennifer L Delaney<br>4623 Pine Al Drive<br>Machesney Park, IL 61115 | Compromise | 1129-000 | $100.00 |  | $2,070.00 |
| 11/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $2,060.00 |
| 11/16/16 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL 61104 | Compromise | 1129-000 | $50.00 |  | $2,110.00 |
| 11/22/16 | 12 | JENNIFER L. DELANEY<br>4601 BAMBURG AVENUE<br>ROCKFORD, IL 61109 | Compromise | 1129-000 | $100.00 |  | $2,210.00 |
| 11/29/16 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL 61104 | Compromise | 1129-000 | $50.00 |  | $2,260.00 |
| 11/30/16 | 12 | Dale A Delaney<br>2296 Wood Drive<br>Beloit WI 53511 | Compromise | 1129-000 | $50.00 |  | $2,310.00 |

Page Subtotals: $650.00    $20.00

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-82031 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: DALE DELANEY, Jr. | Bank Name: Associated Bank |
| JENNIFER L. DELANEY | Account Number/CD#: XXXXXX8152 |
| | Checking |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,300.00 |
| 12/12/16 | 12 | DALE DELANEY, Jr. 2236 17TH AVENUE ROCKFORD, IL 61104 | Compromise | 1129-000 | $50.00 | | $2,350.00 |
| 12/27/16 | 12 | Dale A Delaney Jr 2296 Wood Drive Beloit WI 53511 | Compromise | 1129-000 | $50.00 | | $2,400.00 |
| 12/27/16 | 11 | Jennifer L Delaney 4623 Pine Al Dr Machesney Park IL 61115 | Compromise | 1129-000 | $100.00 | | $2,500.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,490.00 |
| 01/16/17 | 11 | Dale A Delaney JR 2296 Wood Dr Beloit WI 53511 | Compromise | 1129-000 | $50.00 | | $2,540.00 |
| 01/16/17 | 12 | Dale A Delaney 2296 Wood Drive Beloit WI 53511 | Compromise Reversal Duplicate entry of Deposit #529 | 1129-000 | ($50.00) | | $2,490.00 |
| 01/23/17 | 11 | Jennifer Delaney 4623 Pine Al Dr Machesney Park, IL 61115 | Compromise | 1129-000 | $100.00 | | $2,590.00 |
| 01/23/17 | 11 | Dale Delaney 2296 Wood Dr Beloit, WI 53511 | Compromise | 1129-000 | $50.00 | | $2,640.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,630.00 |
| 02/13/17 | 11 | Dale A Delaney Jr 2296 Wood Drive Beloit WI 53511 | Compromise | 1129-000 | $50.00 | | $2,680.00 |
| 02/21/17 | 11 | Jennifer L. Delaney 4601 Bamburg Avenue Rockford, IL 61109-6702 | Compromise | 1129-000 | $100.00 | | $2,780.00 |
| | | | Page Subtotals: | | $500.00 | $30.00 | |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-82031 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: DALE DELANEY, Jr. | Bank Name: | Associated Bank |
| JENNIFER L. DELANEY | Account Number/CD#: | XXXXXX8152 |
| | | Checking |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/17 | 12 | DALE DELANEY, Jr.<br>2236 17TH AVENUE<br>ROCKFORD, IL 61104 | Compromise | 1129-000 | $50.00 | | $2,830.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,820.00 |
| 03/20/17 | 11 | Jennifer L Delaney<br>4623 Pine Al Dr<br>Machesney Park IL 61115 | Compromise | 1129-000 | $100.00 | | $2,920.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,910.00 |
| 04/25/17 | 11 | Jennifer L Delaney<br>4623 Pine Al Dr<br>Machesney Park IL 61115-2737 | Compromise | 1129-000 | $100.00 | | $3,010.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,000.00 |
| 05/22/17 | 11 | Jennifer Delaney<br>4623 Pine Al Dr<br>Machesney Park IL 61115-2737 | Compromise | 1129-000 | $100.00 | | $3,100.00 |
| 06/06/17 | 5001 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | 2017 Bond Premium Payment | 2300-000 | | $1.82 | $3,098.18 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,088.18 |
| 06/23/17 | 11 | Jennifer Delaney<br>4623 Pine Al Drive<br>Machesney Park IL 61115-2737 | Compromise | 1129-000 | $50.00 | | $3,138.18 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,128.18 |
| 07/11/17 | 11 | Dale Delaney<br>2296 Wood Drive<br>Beloit, WI 53511-2629 | Compromise | 1129-000 | $150.00 | | $3,278.18 |
| | | | Page Subtotals: | | $550.00 | $51.82 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-82031 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: DALE DELANEY, Jr. | Bank Name: Associated Bank |
| JENNIFER L. DELANEY | Account Number/CD#: XXXXXX8152 |
| | Checking |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/27/17 | 11 | Dale Delaney<br>2296 Wood Drive<br>Beloit, WI 53511-2629 | Compromise | | 1129-000 | $150.00 | | $3,428.18 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,418.18 |
| 08/08/17 | 11 | Dale A Delaney<br>2296 Wood Dr<br>Beloit WI 53511 | Compromise<br>Final Payment | | 1129-000 | $50.00 | | $3,468.18 |
| 10/23/17 | 5002 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Final distribution representing a payment of 100.00 % per court order. | | 2100-000 | | $912.50 | $2,555.68 |
| 10/23/17 | 5003 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | | $1,497.56 | $1,058.12 |
| | | BERNARD J. NATALE LTD | Attorney Fees | ($1,483.75) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses | ($13.81) | 3120-000 | | | |
| 10/23/17 | 5004 | Capital One N. A.<br>American InfoSource<br>P O Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 1 representing a payment of 5.63 % per court order. | | 7100-000 | | $278.87 | $779.25 |
| 10/23/17 | 5005 | NAVIENT SOLUTIONS INC.<br>P O Box 9533<br>Wikes-Barre, PA  18773-9533 | Final distribution to claim 2 representing a payment of 5.63 % per court order. | | 7100-000 | | $235.15 | $544.10 |
| 10/23/17 | 5006 | Capital Recovery V LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 3 representing a payment of 5.63 % per court order. | | 7100-000 | | $544.10 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,620.00 | $3,620.00 |
| Less: Bank Transfers/CD's | $370.00 | $0.00 |
| Subtotal | $3,250.00 | $3,620.00 |
| Page Subtotals: | $200.00 | $3,478.18 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

| | | | |
|---|---|---|---|
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $3,250.00 | $3,620.00 |

| | | | |
|---|---|---|---|
| Page Subtotals: | | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-82031 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: DALE DELANEY, Jr.<br>JENNIFER L. DELANEY | Bank Name: Rabobank, N.A.<br>Account Number/CD#: XXXXXX66<br>Checking Account |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/15 | 11 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | Pymt on Compromise Re Vehicles | 1129-000 | $100.00 | | $100.00 |
| 12/29/15 | 11 | Jennifer L. Delaney<br>4601 Bamburg Avenue<br>Rockford, IL  611096702 | Pymt on Compromise Re Vehicles | 1129-000 | $100.00 | | $200.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $190.00 |
| 01/25/16 | 11 | Jennifer L. Delaney<br>4601 Bamburg Avenue<br>Rockford, IL  611096702 | 1/2 of pymt on compromise January | 1129-000 | $100.00 | | $290.00 |
| 01/27/16 | 11 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | 1/2 of pymt on compromise (partial payment)  For January | 1129-000 | $50.00 | | $340.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $330.00 |
| 02/09/16 | 11 | Dale A. Delaney<br>2296 Wood Drive<br>Beloit, WI  53511 | 1/2 of pymt on compromise 2nd 1/2 of January Pymt | 1129-000 | $50.00 | | $380.00 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $10.00 | $370.00 |
| 02/24/16 | | Transfer to Acct # xxxxxx8152 | Transfer of Funds | 9999-000 | | $370.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $400.00 | $400.00 |
| Less: Bank Transfers/CD's | $0.00 | $370.00 |
| Subtotal | $400.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $400.00 | $30.00 |

Page Subtotals: $400.00   $400.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66   - Checking Account | $400.00 | $30.00 | $0.00 |
| XXXXXX8152 - Checking | $3,250.00 | $3,620.00 | $0.00 |
|  | $3,650.00 | $3,650.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,650.00 |
| Total Gross Receipts: | $3,650.00 |

Page Subtotals:   $0.00   $0.00